# EXHIBIT "A"

ESPACIOS DISPONIBLES PARA RENTAR DESDE $30 AL DIA

TROPICANA FLEA MARKET

AVAILABLE BOOTH FOR RENT FROM $30 A DAY

Lillian Vazquez
Property Manager
2951 N.W. 36 St. • Miami, Florida 33142
305.316.7594
www.tropicanafleamarket.com

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS www.sunbiz.org

# Detail by Entity Name

**Florida Profit Corporation**

CLA SECURITY SERVICES INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P10000056608 |
| **FEI/EIN Number** | 271226836 |
| **Date Filed** | 07/09/2010 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

133 NE 2ND AVENUE, #2001
MIAMI, FL 33132

Changed: 04/30/2011

**Mailing Address**

133 NE 2ND AVENUE, #2001
MIAMI, FL 33132

Changed: 04/30/2011

**Registered Agent Name & Address**

VAZQUEZ, LILLIAN V
133 NE 2ND AVENUE, #2001
MIAMI, FL 33132

Address Changed: 04/30/2011

**Officer/Director Detail**

**Name & Address**

Title D

VAZQUEZ, LILLIAN V
133 NE 2ND AVENUE, #2001
MIAMI, FL 33132

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2011 | 04/30/2011 |

**CLA SECURITY INC**
133 NE 2ND AVE
MIAMI FL 33132-2904

2194

63-1139/660
01

DATE 6-26-2013

PAY TO THE ORDER OF CASH $ 800.00

EIGHT HUNDRED 00/00 CENTS DOLLARS

Security Features Details on Back.

**OCEAN BANK**
780 N W 42ND AVE.
MIAMI, FLORIDA 33126

FOR Galado

⑈002194⑈ ⑆066011392⑆ 0101964623O5⑈