# EXHIBIT "B"

THE LAW OFFICES OF ZANDRO E. PALMA, P.A.

3100 SOUTH DIXIE HIGHWAY SUITE 202 • MIAMI, FLORIDA 33133
PHONE: 305-446-1500 • FAX: 305-446-1502

September 25, 2013

**SECOND AND FINAL NOTICE**
**SENT VIA CERTIFIED U.S. MAIL ***# 7013 1090 0001 7981 2711 *****
**CONFIDENTIAL SETTLEMENT COMMUNICATION**

CLA Security Inc.
Through Its Registered Agent
Lillian Vazquez
2951 NW 36th Street
Miami, FL 33132

**Re: Jose Galindo v. CLA Security Inc.**
**Notice of Intent to Initiate Litigation under the Florida Minimum Wage Act, FL Statute Section 448.110**

Dear Ms. Vazquez:

Please be advised that this office has been retained to represent Mr. Jose Galindo with regards to his claim for unpaid wages under Federal law and pursuant to the provisions of the State of Florida Constitution Art. X, Section 24 and the Florida Minimum Wage Act, Chapter 448.110.

Our client, Mr. Jose Galindo, who can be reached at The Law Offices of Zandro E. Palma, hereby notifies you pursuant to Florida Statute § 448.110 of his intent to bring a civil action against CLA Security Inc and you to recover his unpaid wages.

Our client claims he worked for your organization from approximately July 2012 to August 25, 2013. Mr. Galindo worked an average of 74 hours weekly but he was only paid for an average of 40 hours per week. As a result, you still owe Mr. Galindo's unpaid wages. Our client indicates that you owe him $15,785.52 in unpaid wages (please see calculation below). Clearly, Mr. Galindo was not paid according to the Florida Minimum Wage Act.

Based on our *preliminary* calculations, you have failed to pay our client approximately $15,785.52 in Florida Minimum Wages:

Unpaid wages
74 hrs worked – 40 = 34 hours paid at $0.00

2012 Minimum wage $7.67
$7.67 FMW x 34 hrs worked = $260.78 per week x 26 weeks = $6,780.28

2013 Minimum wage $7.79
$7.79 FMW x 34 hrs worked = $264.86 per week x 34 weeks = $9,005.24

Total Unpaid Florida Minimum Wage
$15,785.52

Our clients will bring an action to recover the statutorily required minimum wage while employed by Defendant within the five years preceding this lawsuit. In addition, our clients will be entitled to the same amount for liquidated damages as well as attorney's fees and costs.

Florida Statutes § 448.110 affords you 15 calendar days to resolve this matter before suit will be brought against you and your company to recover unpaid wages and associated relief.

We look forward to your prompt and positive response. Should you have any questions, or wish to discuss this matter further, please feel free to contact me at the numbers listed above.

Cordially,

for

Zandro E. Palma, Esq.
For the Firm

Enclosures: Demand Letter

LAW OFFICES OF ZANDRO E. PALMA, P.A.
SOUTH DIXIE HIGHWAY SUITE 202
FLORIDA 33133

$0.460
US POSTAGE
FIRST-CLASS
FROM 33133
SEP 25 2013
stamps.com

no mail box

CLA Security Inc.
Lillian Vazquez
2951 N.W. 36th Street
Miami FL 33142-5157

NIXIE 333 FE 1040 0010/02/13
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 33133360652 *1487-04120-02-36
33133@3606

LAW OFFICES OF ZANDRO E. PALMA, P.A.
SOUTH DIXIE HIGHWAY SUITE 202
FLORIDA 33133

$0.460
US POSTAGE
FIRST-CLASS
FROM 33133
OCT 08 2013
stamps.com

Lillian Vasquez
Cla Security Services, Inc
1320 NW 24th Street Apt 611
Miami FL 33142-7617

RTS

NIXIE 333 FE 1040 0010/17/13
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 33133360652 *0806-02673-08-4
33133@3606

LAW OFFICES OF ZANDRO E. PALMA, P.A.
SOUTH DIXIE HIGHWAY SUITE 202
FLORIDA 33133

$0.46⁰
US POSTAGE
FIRST-CLASS
FROM 33133
SEP 10 2013
stamps.com

CLA Security Inc.
Lillian Vazquez
133 N.E. 2nd Ave. Apt 2001
Miami FL 33132-291

NIXIE 333 0C 1040 0109/18/1
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 33133360652 *0506-07372-11-

33133@3606
33133@3606

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL

LAW OFFICES OF ZANDRO E. PALMA, P.A.
SOUTH DIXIE HIGHWAY SUITE 202
FLORIDA 33133

$3.56⁰
US POSTAGE
FIRST-CLASS
FROM 33133
SEP 25 2013
stamps.com

7013 1090 0001 7981 2711

CLA Security Inc.
Lillian Vazquez
2951 N.W. 36th Street
Miami FL 33142-5157

NIXIE 333 DE 1040 0010/05/1
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 33133360652 *1506-04125-05-3

919 33133@3606